# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00378 SWW

JUSTIN SMITH

### ORDER OF DISMISSAL

Pursuant to the government's motion made in Open Court to dismiss the counts of the Indictment as to defendant Justin Smith,

IT IS ORDERED that the government's motion is granted, and the counts of the Indictment pending against Justin Smith in the above-captioned matter hereby are dismissed.

Dated this 16th day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE